1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   548 Market Street, Suite 38822
4  San Francisco, California 94104-5401
   Telephone: (408) 295-7755
5  Facsimile:  (408) 295-7444
6  Email: hps@sackettlaw.com

7  /as

8  Attorney for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 JOHN S. HUDNALL,                    )
13       Plaintiff,                    ) Case No. 4:22-cv-02864-DMR
                                       )
14 v.                                  )
                                       ) STIPULATION AND ORDER
15                                     )
16 KILOLO KIJAKAZI,                    )
   Acting Commissioner of Social Security, )
17                                     )
         Defendant.                    )
18                                     )
                                       )
19                                     )

20

21       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
22 Plaintiff shall have a fourteen (14) day extension of time until November 4, 2022, in which to
23 e-file his Motion for Summary Judgment which is due on October 21, 2022. Defendant shall
24 file any opposition, including cross-motion, on or before December 2, 2022. This second and
25 final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this
26 court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no
27 intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the
28

                                    1

STIPULATION AND ORDER

requested relief.

Dated:   October 18, 2022    /s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
JOHN S. HUDNALL

Dated:   October 18, 2022    /s/ELIZABETH LANDGRAF
ELIZABETH LANDGRAF
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 10/18/22]

IT IS ORDERED.

Dated:   October 19, 2022    _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu

2

STIPULATION AND ORDER