1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN S. HUDNALL,

Plaintiff,

v.

KILOLO KIJAKAZI,

Defendant.

Case No.  22-cv-02864-DMR

**ORDER DENYING IFP APPLICATION WITHOUT PREJUDICE**

Re: Dkt. No. 21

Plaintiff John S. Hudnall filed this action in May 2022 seeking review of the Commissioner of the Social Security Administration's (the "Commissioner's") final administrative decision, which found Plaintiff not disabled and therefore denied his application for benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq*.  On September 25, 2023, the court granted the Commissioner's motion for summary judgment, denied Plaintiff's motion for summary judgment, and entered judgment for the Commissioner.  [Docket Nos. 19, 20.]  Plaintiff then filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit and an application to proceed *in forma pauperis* ("IFP") on appeal.  [Docket Nos. 21, 22.]

"[A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court."  Fed. R. App. P. 24(a)(1).  That motion must include an affidavit that (A) "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs"; (B) "claims an entitlement to redress"; and (C) "states the issues that the party intends to present on appeal."  *Id.*  Plaintiff's IFP application does not comply with Rule 24(a)(1) because it does not "claim[ ] an entitlement to redress" and "state[ ] the issues that [Plaintiff] intends to present on appeal."  Accordingly, the application to proceed IFP

1    on appeal is denied without prejudice.

2

3            **IT IS SO ORDERED.**

4    Dated: December 6, 2023



5

6                                    Donna M. Ryu
                                     Chief Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2